UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY CHLUDZINSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATERNAL AND FAMILY HEALTH SERVICES, INC.,<br><br>Defendant. | Case No. 3-23-cv-00468-MEM<br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Tammy Chludzinski, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Maternal and Family Health Services, Inc., without prejudice.

Dated:  May 18, 2023

**BARRACK, RODOS & BACINE**

 */s/ Daniel E. Bacine*
Daniel E. Bacine (Bar No. 16742)
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 963-0600
Fax: (215) 963-0838
dbacine@barrack.com

*Attorney for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed via the Court's electronic filing system, which will cause a true and correct copy of the same to be served electronically on all counsel of record.

**BARRACK, RODOS & BACINE**

  */s/ Daniel E. Bacine*
Daniel E. Bacine (Bar No. 16742)
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 963-0600
Fax: (215) 963-0838
dbacine@barrack.com

*Attorney for Plaintiff and the Proposed Class*